NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMAGEQUIX LLC,**
*Plaintiff-Appellee*

**v.**

**SNAPIZZI INC, SNAPIZZI INTERNATIONAL LICENSING OPERATIONS, LLC,**
*Defendants-Appellants*

---

2020-1531

---

Appeal from the United States District Court for the District of South Carolina in No. 6:18-cv-03119-KFM, Magistrate Judge Kevin F. McDonald.

---

## JUDGMENT

---

NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for plaintiff-appellee.  Also represented by ASHLEY BOLAND SUMMER, New York, NY; DOUGLAS KIM, Kim and Lahey Law Firm, LLC, Greenville, SC.

DAVID V.H. COHEN, Aeon Law, Seattle, WA, argued for defendants-appellants.  Also represented by PHILIP P. MANN, Mann Law Group PLLC, Seattle, WA.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 7, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |